**Opinion issued January 23, 2020**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00684-CV

———————————

## IN RE HOUSTON TUBULARS, INC., Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Houston Tubulars, Inc., has filed a petition for writ of mandamus, seeking to have this Court vacate the trial court's order that allowed for remote depositions.[1]

---

[1] The underlying case is *Silvin Pereira, As Representative of the Estate of Moises Pereira (Deceased), Delmira Machado De Pereira, Individually and As Next Friend of K.P., M.P., J.P., and M.P. (Minors), Esmeralda Pereira, Kenia Pereira, Dinorah Pereira, and Yesica Pereira v. Houston Tubulars, Inc.*, cause number 98541-CV, pending in the 149th Judicial District Court of Brazoria County, Texas, the Honorable Terri Holder presiding.

We **deny** relator's petition for a writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Hightower.